### 24885. BROOKS v. GOETTE et al.

BROYLES, C. J. 1. "A claim filed by a third person to funds impounded by process of garnishment is invalid in the absence either of an affidavit in forma pauperis filed by him or a bond indemnifying the plaintiff, whether such bond is one given upon a dissolution of the garnishment, as provided in section 5282 of the Civil Code of 1910, [Code of 1933, § 46-402] or is the ordinary bond required in claim cases as provided in section 5158 [Code of 1933, § 39-802]." *Johnson* v. *Planters Bank*, 34 *Ga. App.* 241 (129 S. E. 125), and cit.

2. Under the foregoing ruling and the facts of the instant case, the court did not err in dismissing the claim.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 16, 1936.

*Bond Almand,* for plaintiff in error.

*Poole & Fraser,* contra.